FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ELIZABETH S.,

         v.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL
SECURITY,

         Defendant.

No. 1:20-CV-3049-JTR

ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 21. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Katherine B. Watson represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 6. After considering the file and proposed order, **IT IS ORDERED:**

    1. The parties' Stipulated Motion for Remand, **ECF No. 21**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the Administrative Law Judge (ALJ) will not disturb the partially favorable portion of the prior decision which found Plaintiff disabled as of August 27, 2014. With respect to the period from June 1, 2010, the amended

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

disability onset date, through August 26, 2014, the date prior to the day Plaintiff was found disabled, the ALJ shall offer Plaintiff the opportunity for a new hearing and issue a new decision.  The ALJ is directed to: (1) reevaluate the medical opinion evidence; (2) reconsider Plaintiff's residual functional capacity for that period; and (3) obtain vocational expert evidence, if warranted.

2. **Judgment shall be entered for PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **STRICKEN AS MOOT**.

4. An application for attorney fees and costs may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED February 17, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2