AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ELIZABETH S.,

)
)

*Plaintiff*

)

## Feb 17, 2021

SEAN F. McAVOY, CLERK

v.

)
)

Civil Action No.   1:20-CV-3049-JTR

ANDREW M. SAUL, COMMISSIONER OF SOCIAL
SECURITY,

)
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  The parties' Stipulated Motion for Remand, ECF No. 21, is GRANTED. The above-captioned case is REVERSED and
REMANDED to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42
U.S.C. § 405(g).  Plaintiff's Motion for Summary Judgment, ECF No. 16, is STRICKEN AS MOOT.  Judgment is
entered for Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge     John T. Rodgers _____ on stipulated motion for remand.

Date:  February 17, 2021 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Pam Howard _____
*(By) Deputy Clerk*

Pam Howard _____